**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**
  **vs.**                                                  Criminal Action 2:05-CR-115

**CONRAD V. SMITH,**

        **Defendant.**

**ORDER OF DETENTION PENDING TRIAL**

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing was held on June 9, 2005. I conclude that the facts of the case require the detention of the defendant pending trial in this case.

There is a serious risk that the defendant will not appear.

I find that the credible testimony and information at the hearing establish by clear and convincing evidence that defendant has no recent employment. He is an active, long-time drug abuser. His criminal record reflects numerous instances of failure to appear, one instance of absconding from probation and one instance of failure to comply with a pretrial order.

The defendant is therefore **COMMITTED** to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

June 9, 2005                                              *s/Norah McCann King*
                                                                   Norah M<sup>c</sup>Cann King
                                                       United States Magistrate Judge